653 SINNOCK ET AL. vs. CIRCUIT JUDGE (Wayne), No. 13789, 97 M., 475.

To compel the assessment of damages in a case where default was taken and made absolute for want of a plea, and the court sustaind the objection to the assessment of damages, on the ground that the notice therefor was not given fourteen days before commencement of the term of court, at which said assessment was to be made.

Granted November 10, 1893, with costs against the defendant in the principal suit.

654 STACK ET AL. vs. SMITH (Justice of the Peace), 54 M., 238.

To compel respondent to take testimony as to value and enter judgment therefor in favor of defendant, in a replevin suit which was discontinued by plaintiff on the adjourned day, defendant not appearing.

Denied June 17, 1884.

Held, that if relator had appeared at the time and elected to take judgment for the value, he would have been entitled to it, but he could not appear afterwards and demand such judgment.

655 TAYLOR vs. TRIPP (Justice of the Peace), 15 M., 517.

To compel respondent, where judgment on discontinuance in replevin was rendered against plaintiff, and defendant waived return of the property, to assess defendant's damages.

Granted July 9, 1867.